U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 28 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICKY L. CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-410-A |
| | § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Ricky L. Carter is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under the Social Security Act. On April 24, 2015, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until May 8, 2015, in which to file and serve any written objections thereto. Plaintiff filed his objections on May 11, 2015, and Commissioner filed a response on May 26, 2015. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections

lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decisions of the Commissioner that, based on the application for a period of disability and disability insurance benefits filed February 14, 2011, plaintiff is not disabled under sections 216(i) and 223(d) of the Social Security Act, and that plaintiff was not disabled prior to the expiration of his insured status, be, and are hereby, affirmed.

SIGNED May 28, 2015.

_____
JOHN McBRYDE
United States District Judge

2